# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SITO MOBILE R&D IP, LLC, and SITO MOBILE, LTD., <br><br> Plaintiffs, <br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | C.A. No. 21-721-CFC |

## DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND COVERED BUSINESS METHOD REVIEW

Defendant World Wrestling Entertainment, Inc., moves to stay the above-captioned action until the conclusion of *inter partes* review and covered business method review proceedings, already instituted by the Patent Trial and Appeal Board before this action was filed, challenging the validity of seven of the twelve asserted patents in this action. The grounds for this motion are set forth in Defendant's Brief in Support and supporting papers.

Dated July 15, 2021

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 King Street, Suite 901
Wilmington DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Counsel for Defendant*