# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SITO MOBILE R&D IP, LLC, and SITO MOBILE, LTD., <br><br> Plaintiffs, <br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Defendant. | C.A. No. 21-721-CFC |

## [PROPOSED] ORDER

At Wilmington this __ day of _____, 2021, having considered Defendant's Motion to Stay Pending *Inter Partes* Review and Covered Business Method Review (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED and the above-captioned action is stayed pending final resolution of the *inter partes* review and covered business method review proceedings.

**SO ORDERED**, this __ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE